# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILE DIVISION
# COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| **AMBER KEUMURIAN**  Plaintiff  v.  **MASSACHUSETTS BOARD OF HIGHER EDUCATION,** *et al.*  **Defendants** | **STIPULATION OF DISMISSAL COLLECTO, INC. ONLY** |

**COMES NOW** the Plaintiff, Amber Keumurian, by and through counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) hereby DISMISSES without prejudice ONLY the Defendant COLLECTO, INC. d/b/a EOS CCA.

**TODAY** is February 25, 2017.

**COLLUM & PERRY**

By: /s/ *M. Shane Perry*
Attorney for Plaintiffs
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
Telephone: 704-663-4187
Fax: 704-663-4178
shane@collumperry.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| **AMBER KEUMURIAN**<br>**Plaintiff**<br><br>v.<br><br>**MASSACHUSETTS BOARD OF HIGHER EDUCATION,** *et al.*<br><br>**Defendants** | **STIPULATION OF DISMISSAL COLLECTO, INC. ONLY** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Stipulation of Dismissal** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

**Collectco, Inc.**
**d/b/a/ EOS CCA**

c/o CT Corporation System
150 Fayetteville St., Box 1011
Raleigh, NC 276012957

**POYNER & SPRUILL**
Thomas L. Ogburn III
N.C. State Bar No.: 23415
togburn@poynerspruill.com
Sarah L. DiFranco
N.C. State Bar No.: 36910
sdifranco@poynerspruill.com
*Attorneys for Premier Cred. N. Am.*

**BEDARD LAW GROUP**
Jonathan K. Aust
NC Bar No. 39507
jaust@bedardlawgroup.com
*Attorney for Financial Asset Management Systems, Inc.*

**Office of the Attorney General**
**Deputy Chief, Government Bureau**
Juliana deHaan Rice
Juliana.Rice@state.ma.us
*Attorney for Massachusetts Board of Higher Education*

**YATES, McLAMB & WEYHER**
Sean T. Partrick
NC Bar No. 25176
spartrick@ymwlaw.com
*Attorney for Delta Management Associates, Inc.*

**TODAY** is February 25, 2017.

         **COLLUM & PERRY**

    By: */s/ M. Shane Perry*
      M. Shane Perry
      NC Bar No. 35498
      109 W. Statesville Ave., Mooresville, NC 28115
      (P) 704-663-4187
      shane@collumperry.com
      *Attorney for Plaintiff*