UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| AMBER KEUMURIAN<br><br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF<br>HIGHER EDUCATION, *et al*.<br><br>**Defendants** | NOTICE OF SETTLEMENT |

**COMES NOW** Plaintiff, by and through counsel, and serves notice to this Court and all interested parties that the Plaintiff and Defendant Premier Credit of North America, Inc. (Premier), have agreed to settle this case AGAINST PREMIER ONLY and are drafting the agreement at this time. Plaintiff expects to dismiss the claims against Premier within 30 days. All other claims against other Defendants still party to the suit will continue.

**TODAY** is February 25, 2017.

    Respectfully submitted:

**COLLUM & PERRY**

By:    **/s/ M. Shane Perry**
           M. Shane Perry
           NC Bar No. 35498
           109 W. Statesville Ave.
           Mooresville, NC 28115
           P: 704-663-4187
           F: 704-663-4178
           shane@collumperry.com
           *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILE DIVISION
COURT FILE NO.: 5:16-CV-170

AMBER KEUMURIAN

               **Plaintiff**

v.

MASSACHUSETTS BOARD OF
HIGHER EDUCATION, *et al*.

               **Defendants**

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SETTLEMENT** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

**POYNER & SPRUILL**
Thomas L. Ogburn III
N.C. State Bar No.: 23415
togburn@poynerspruill.com
Sarah L. DiFranco
N.C. State Bar No.: 36910
sdifranco@poynerspruill.com
*Attorneys for Premier Cred. NA.*

**BEDARD LAW GROUP**
Jonathan K. Aust
NC Bar No. 39507
jaust@bedardlawgroup.com
*Attorney for Financial Asset Management Systems, Inc.*

**YATES, McLAMB & WEYHER**
Sean T. Partrick
NC Bar No. 25176
spartrick@ymwlaw.com
*Attorney for Delta Management Associates, Inc.*

**Office of the Attorney General Deputy Chief, Government Bureau**
Juliana deHaan Rice
Juliana.Rice@state.ma.us
*Attorney for Massachusetts Board of Higher Education*

**TODAY** is February 24, 2017.

               **COLLUM & PERRY**

               By:   ***/s/ M. Shane Perry***
                     M. Shane Perry
                     NC Bar No. 35498
                     109 W. Statesville Ave., Mooresville, NC 28115
                     (P) 704-663-4187
                     shane@collumperry.com
                     *Attorney for Plaintiff*