UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| AMBER KEUMURIAN<br><br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF<br>HIGHER EDUCATION, *et al*.<br><br>**Defendants** | NOTICE OF SETTLEMENT |

**COMES NOW** Plaintiff, by and through counsel, and serves notice to this Court and all interested parties that the Plaintiff and Defendant Financial Asset Management Systems, Inc. (FAMS), have agreed to settle the claims of this case AGAINST FAMS ONLY and are drafting the agreement at this time. Plaintiff expects to dismiss the claims against FAMS within 30 days. All other claims against other Defendants still party to the suit will continue**.**

**TODAY** is April 5, 2017.

                        **COLLUM & PERRY**

By:    */s/ M. Shane Perry*
          Attorney for Plaintiffs
          NC Bar No. 35498
          109 W. Statesville Ave.
          Mooresville, NC 28115
          Telephone: 704-663-4187
          Fax: 704-663-4178
          shane@collumperry.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| AMBER KEUMURIAN<br><br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF<br>HIGHER EDUCATION, *et al.*<br><br>**Defendants** | NOTICE OF SETTLEMENT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SETTLEMENT** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

| **BEDARD LAW GROUP**<br>Jonathan K. Aust<br>NC Bar No. 39507<br>jaust@bedardlawgroup.com<br>*Attorney for Financial Asset Management Systems, Inc.* | **YATES, McLAMB & WEYHER**<br>Sean T. Partrick<br>NC Bar No. 25176<br>spartrick@ymwlaw.com<br>*Attorney for Delta Management Associates, Inc.* | **Office of the Attorney General Deputy Chief, Government Bureau**<br>Juliana deHaan Rice<br>Juliana.Rice@state.ma.us<br>*Attorney for Massachusetts Board of Higher Education* |
|---|---|---|

**TODAY** is April 5, 2017.

                          **COLLUM & PERRY**

                          By:  */s/ M. Shane Perry*
                                M. Shane Perry
                                NC Bar No. 35498
                                109 W. Statesville Ave., Mooresville, NC 28115
                                (P) 704-663-4187
                                shane@collumperry.com
                                *Attorney for Plaintiff*