UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| AMBER KEUMURIAN<br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF<br>HIGHER EDUCATION, *et al.*<br><br>**Defendants** | STIPULATION OF DISMISSAL<br>DELTA MANAGEMENT<br>ASSOCIATES, Inc. ONLY |

**COMES NOW** the Plaintiff, Amber Keumurian, by and through counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) hereby DISMISSES with prejudice ONLY the Defendant DELTA MANAGEMENT ASSOCIATES, Inc..

**TODAY** is May 2, 2017.

                                **COLLUM & PERRY**

By:    */s/ M. Shane Perry*
         Attorney for Plaintiffs
         NC Bar No. 35498
         109 W. Statesville Ave.
         Mooresville, NC 28115
         Telephone: 704-663-4187
         Fax: 704-663-4178
         shane@collumperry.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| **AMBER KEUMURIAN**<br>**Plaintiff**<br><br>v.<br><br>**MASSACHUSETTS BOARD OF HIGHER EDUCATION,** *et al.*<br><br>**Defendants** | **STIPULATION OF DISMISSAL DELTA MANAGEMENT ASSOCIATES, Inc. ONLY** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

| | | |
|---|---|---|
| **Office of the Attorney General Deputy Chief, Government Bureau**<br>Juliana deHaan Rice<br>Juliana.Rice@state.ma.us<br>*Attorney for Massachusetts Board of Higher Education* | **BEDARD LAW GROUP**<br>Jonathan K. Aust<br>NC Bar No. 39507<br>jaust@bedardlawgroup.com<br>*Attorney for Financial Asset Management Systems, Inc.* | **YATES, McLAMB & WEYHER**<br>Sean T. Partrick<br>NC Bar No. 25176<br>spartrick@ymwlaw.com<br>*Attorney for Delta Management Associates, Inc.* |

**TODAY** is May 2, 2017.

                                      **COLLUM & PERRY**

By: */s/ M. Shane Perry*
      M. Shane Perry
      NC Bar No. 35498
      109 W. Statesville Ave., Mooresville, NC 28115
      (P) 704-663-4187
      shane@collumperry.com
      *Attorney for Plaintiff*