# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| **AMBER KEUMURIAN**<br><br>**Plaintiff**<br><br>v.<br><br>**MASSACHUSETTS BOARD OF HIGHER EDUCATION,** *et al.*<br><br>**Defendants** | **STIPULATION OF DISMISSAL FINANCIAL ASSET MANAGEMENT SYSTEMS, Inc. ONLY** |

**COME NOW** the Parties to this litigation, by and through counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) hereby stipulates to the DISMISSAL with prejudice ONLY the Defendant FINANCIAL ASSET MANAGEMENT SYSTEMS, Inc.

**TODAY** is May 5, 2017.

| **COLLUM & PERRY** | **BEDARD LAW GROUP** | **YATES, McLAMB & WEYHER** |
|---|---|---|
| */s/ M. Shane Perry*<br>M. Shane Perry<br>Attorney for Plaintiffs<br>NC Bar No. 35498<br>109 W. Statesville Ave.<br>Mooresville, NC 28115<br>Telephone: 704-663-4187<br>Fax: 704-663-4178<br>shane@collumperry.com | */s/ Jonathan K. Aust*<br>Jonathan K. Aust<br>NC Bar No. 39507<br>jaust@bedardlawgroup.com<br>*Attorney for Financial Asset Management Systems, Inc.* | */s/ Sean T. Partrick*<br>Sean T. Partrick<br>NC Bar No. 25176<br>spartrick@ymwlaw.com<br>*Attorney for Delta Management Associates, Inc.* |

**Office of the Attorney General Deputy Chief, Government Bureau**

*/s/ Juliana deHaan Rice*
Juliana deHaan Rice
Juliana.Rice@state.ma.us
*Attorney for Massachusetts Board of Higher Education*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| **AMBER KEUMURIAN**<br>**Plaintiff**<br><br>v.<br><br>**MASSACHUSETTS BOARD OF HIGHER EDUCATION,** *et al.*<br><br>**Defendants** | **STIPULATION OF DISMISSAL FINANCIAL ASSET MANAGEMENT SYSTEMS, Inc. ONLY** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

| | | |
|---|---|---|
| **Office of the Attorney General Deputy Chief, Government Bureau**<br>Juliana deHaan Rice<br>Juliana.Rice@state.ma.us<br>*Attorney for Massachusetts Board of Higher Education* | **BEDARD LAW GROUP**<br>Jonathan K. Aust<br>NC Bar No. 39507<br>jaust@bedardlawgroup.com<br>*Attorney for Financial Asset Management Systems, Inc.* | **YATES, McLAMB & WEYHER**<br>Sean T. Partrick<br>NC Bar No. 25176<br>spartrick@ymwlaw.com<br>*Attorney for Delta Management Associates, Inc.* |

**TODAY** is May 5, 2017.

                        **COLLUM & PERRY**

By: */s/ M. Shane Perry*
     M. Shane Perry
     NC Bar No. 35498
     109 W. Statesville Ave., Mooresville, NC 28115
     (P) 704-663-4187
     shane@collumperry.com
     *Attorney for Plaintiff*