UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO.: 5:16-CV-170

| | |
|---|---|
| AMBER KEUMURIAN<br><br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF HIGHER EDUCATION<br><br>**Defendants** | STIPULATION OF DISMISSAL MASSACHUSETTS BOARD OF HIGHER EDUCATION |

**COMES NOW** the Plaintiff, Amber Keumurian, by consent with Defendant, by and through counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) hereby DISMISSES with prejudice the Defendant MASSACHUSETTS BOARD OF HIGHER EDUCATION.

**TODAY** is June 9, 2017.

| | |
|---|---|
| **COLLUM & PERRY**<br><br>*/s/ M. Shane Perry*<br>M. Shane Perry<br>NC Bar No. 35498<br>109 W. Statesville Ave.<br>Mooresville, NC 28115<br>Telephone: 704-663-4187<br>Fax:  704-663-4178<br>shane@collumperry.com<br>*Attorney for Plaintiff* | **Office of the Attorney General Deputy Chief, Government Bureau**<br><br>*/s/ Juliana deHaan Rice*<br>Juliana deHaan Rice (BBO # 564918)<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2583<br>Juliana.Rice@state.ma.us<br>*Attorney for Defendant* |

| | |
|---|---|
| AMBER KEUMURIAN<br><br>**Plaintiff**<br><br>v.<br><br>MASSACHUSETTS BOARD OF HIGHER EDUCATION<br><br>**Defendants** | STIPULATION OF DISMISSAL MASSACHUSETTS BOARD OF HIGHER EDUCATION |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

> **Office of the Attorney General Deputy Chief, Government Bureau**
> Juliana deHaan Rice
> Juliana.Rice@state.ma.us
> *Attorney for Massachusetts*
> *Board of Higher Education*

**TODAY** is June 9, 2017.

> **COLLUM & PERRY**
>
> By:  */s/ M. Shane Perry*
> M. Shane Perry
> NC Bar No. 35498
> 109 W. Statesville Ave., Mooresville, NC 28115
> (P) 704-663-4187
> shane@collumperry.com
> *Attorney for Plaintiff*